IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| **ALLEN ALPHONZO ADAMS,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 1:13-CV-8 (MTT) |
| **DR. HALE BURNSIDE,** | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Plaintiff's motion for reconsideration (Doc. 50) pertaining to the Court's February 11 Order (Doc. 45) dismissing the Plaintiff's complaint and judgment entered on February 12 (Doc. 46). Pursuant to Local Rule 7.6, motions for reconsideration must be filed within 14 days after entry of the order or judgment being challenged. M.D. Ga. L.R. 7.6. Because the Plaintiff's motion was filed on March 10, it is untimely. Therefore, the motion (Doc. 50) is **DENIED**.

**SO ORDERED**, this 12th day of March, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT